IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**COURTNEY COLBERT**  :
6545 Coachleigh Way  :
Alexandria, VA 22315  :
                     :
    Plaintiff,  :
                     :
v.                   :   Case No.
                     :
**UNITED STATES OF AMERICA**  :
**SERVE:**  :
    Jeff Sessions, Esquire  :
    Attorney General of the  :
    United States  :
    U.S. Department of Justice  :
    950 Pennsylvania Avenue, N.W.  :
    Washington, D.C. 20530  :
                     :
and                  :
                     :
    Karl A. Racine, Esquire  :
    United States Attorney for  :
    the District of Columbia  :
    United States Attorney's  :
    Office  :
    555 4th Street, N.W.  :
    Washington, D.C. 20530  :
                     :
    Defendant.  :

## COMPLAINT

COMES NOW the Plaintiff, Courtney Colbert, by and through her attorneys, Allan M. Siegel, Esquire, and the law firm of Chaikin, Sherman, Cammarata & Siegel, P.C., and respectfully represents as follows:

## INTRODUCTION

1. This Court has jurisdiction over the within cause of action pursuant to the Federal Tort Claims Act (FTCA) and due to the fact that the incident at issue occurred in the District of Columbia.

2. On or about November 22, 2016, Plaintiffs filed a Standard Form 95 claim with the Office of General Counsel for the John F. Kennedy Center for Performing Arts, pursuant to 28 U.S.C. §2675(a), a copy of which is attached hereto as <u>Exhibit 1</u>.

## COUNT I
(Negligence - Personal Injury)

3. Upon information and belief, at all relevant times herein, Defendant United States of America (hereinafter "U.S.A."), <u>inter alia</u>, owned, leased, operated, managed, and/or maintained the real property and premises at issue herein, namely the John F. Kennedy Center for Performing Arts building, located at 2700 F Street, N.W., Washington, D.C. 20566 (hereinafter "the premises at issue").

4. On or about January 29, 2016, Plaintiff Courtney Colbert was lawfully and properly present on the grounds of the premises at issue.

5. At said time or place, Plaintiff Courtney Colbert, with all due regard for her own safety, was lawfully and

properly walking out of the parking garage of the John F. Kennedy Center for the Performing Arts. As she was crossing the driveway of the parking garage, she slipped and fell on ice. The ice on the driveway was unreasonably and negligently allowed to accumulate and remain on the driveway at issue.

6. Defendant U.S.A., acting by and through its actual and/or apparent agents, servants, and/or employees, knew or should have known, inter alia, of the existence of the ice in the driveway and of its unreasonably dangerous condition, that the Plaintiff and others similarly situated would be walking there, and that the ice posed an unreasonable risk of harm to those, like Plaintiff, who were lawfully and properly present.

7. At all time mentioned herein, Defendant U.S.A., acting by and through its actual and/or apparent agents, servants, and/or employees, owed a continuing duty to maintain the premises at issue in a reasonably safe condition, with due regard for persons lawfully and reasonably walking on the driveway of the premises at issue.

8. Defendant U.S.A., acting by and through its actual and/or apparent agents, servants, and/or employees, breached the duties owed to the Plaintiff, Courtney Colbert, by, inter alia, allowing ice to accumulate and remain on the driveway at issue; failing to properly remove ice from the driveway at issue; failing to use reasonable and ordinary care to keep the premises

3

at issue safe for the benefit of those who lawfully and reasonably came upon the premises; failing to reasonably inspect and/or maintain the driveway at issue; failing to ensure that the driveway was free of hazardous conditions; failing to reasonably ensure that any hazardous conditions that were present were sufficiently marked and/or identified so as not to pose an unreasonable risk of harm to the Plaintiff and those similarly situated; and failing to otherwise post notices or otherwise warn the Plaintiff of dangers that the Defendant knew or should have known existed. At all times mentioned herein, Plaintiff Courtney Colbert was free of negligence and/or contributory negligence.

9.   As a direct and proximate result of the Defendant's aforesaid negligence, Plaintiff Courtney Colbert suffered injuries and damages, including but not limited to: a tibial shaft fracture and a tibial posterior fracture of her right leg requiring open reduction internal fixation surgery; she has incurred, and will continue to incur, medical and hospital expenses in an effort to care for her injuries; she has suffered a loss of earnings and earning capacity; and she has suffered, and will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Courtney Colbert demands judgment of and against Defendant United States of America in the full

4

amount of One Million Dollars ($1,000,000.00), plus pre-judgment interest and costs.

                                      Respectfully submitted,

                                      **CHAIKIN, SHERMAN,**
                                        **CAMMARATA & SIEGEL, P.C.**

                                      ***/s/Allan M. Siegel***
                                      Allan M. Siegel
                                      1232 17th Street, N.W.
                                      Washington, D.C. 20036
                                      202-659-8600
                                      siegel@dc-law.net
                                      *Attorneys for Plaintiff*